JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

HOSSEIN JOUSI-HAGHIGHI,
Petitioner,
v.
PAMELA BONDI, et al.,
Respondents.

No. 5:25-cv-03315-SSS-DSR

JUDGMENT

Pursuant to the Joint Proposed Grant of Petition and Entry of Judgment under 28 U.S.C. § 2241 and the Order Granting Temporary Restraining Order (Dkt. 10) and the Order Granting Petitioner's Motion for a Preliminary Injunction ("Preliminary Injunction Order") (Dkt. 15), it is adjudged that the Petition is granted consistent with the reasons and findings set forth in the Temporary Restraining and Preliminary Injunction Orders.

Dated: August 24, 2026

Honorable Sunshine S. Sykes
United States District Judge